UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § <br> § <br> v.  § <br> § <br> HENRY DE LA BARRERA § <br>  aka "Carlos" § <br> § | CRIMINAL NUMBER <br> 2:25-CR-00241 |

### NOTICE OF RELATED CASES

COMES NOW the United States of America through Nicholas J. Ganjei, United States Attorney, in and for the Southern District of Texas, and files the following NOTICE OF RELATED CASES.

The following cases are related to the instant case:

Case: United States v. Isai Alpides-Navarrete etal.
Case Number: 2:24-CR-00143
Status: Sentenced by Judge Ramos

Case: United States v. Enrique Flores etal.
Case Number: 7:24-CR-01011
Status: Pending Sentencing before Judge Tipton

The above cases are product of investigations by agents from the Bureau of Alcohol, Tobacco, Firearms and Explosives.

Respectfully submitted,

NICHOLAS J. GANJEI
UNITED STATES ATTORNEY

By: _____
LANCE WATT
Assistant United States Attorney